UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7418-GHK (SHx) | Date | January 13, 2009 |
|---|---|---|---|
| Title | *Leon O. Ordonez v. Countrywide Bank, et. al.* | | |

| Presiding: The Honorable | **GEORGE H. KING, U.S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| (none) | (none) |

**Proceedings:**    **(In Chambers) Order to Show Cause**

On November 10, 2008, Plaintiff Leon O. Ordonez ("Plaintiff") filed the above-captioned Complaint in this Court. On November 20, 2008, we issued an Order to Show Cause ("OSC") because Plaintiff had not provided a statement stating the grounds for our jurisdiction to hear this case. F.R.C.P. 8(a). On December 2, 2008, Plaintiff requested an extension to respond to our OSC, which we granted. On December 29, 2008, Plaintiff filed a First Amended Complaint ("FAC") which alleges that we have diversity jurisdiction over this action.

Plaintiff, however, again fails to adequately allege diversity jurisdiction. As we explained in our November 20, 2008 Order, for purposes of assessing diversity, a corporation has dual citizenship. "[A] corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business . . . ." 28 U.S.C. § 1332(c)(1). In the FAC, Plaintiff only alleges Defendants' place of incorporation and does not allege the state where either Defendant has its principal place of business. Plaintiff will be given one more opportunity to correct this deficiency in the Complaint. Plaintiff should refer to our November 20, 2008 Order for an explanation of a state's principal place of business.

Because Plaintiff failed to provide us with the information necessary for us to determine our own subject matter jurisdiction, Plaintiff is again **ORDERED TO SHOW CAUSE**, in writing, **WITHIN TWENTY-ONE (21) DAYS,** as to why this matter should not be dismissed because this court lacks subject matter jurisdiction.

//
//
//
//
//
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7418-GHK (SHx) | Date | January 13, 2009 |
|---|---|---|---|
| Title | *Leon O. Ordonez v. Countrywide Bank, et. al.* | | |

//
      Plaintiff's failure to timely and adequately show cause as required herein by supplying the information adequate to support any allegation of a corporate defendant's principal place of business shall be deemed Plaintiff's admission that this Court lacks subject matter jurisdiction.  In that event, this action shall be dismissed without prejudice for lack of subject matter jurisdiction.

      **IT IS SO ORDERED.**

                                                                                                              :

Initials of Deputy Clerk    IR for  Bea